**No. 47028.**—Protest 75552–K of Wing Woh Chong Hing Kee Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of drugs, sliced, the same in all material respects as those the subject of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). The claim at 10 percent under paragraph 34 was sustained.

**No. 47029.**—Protests 76571–K, etc., of L. D. Louie et al. (San Francisco).

Opinion by CLINE, J. It was stipulated that certain of the merchandise in question consists of crude drugs the same in all material respects as those the subject of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). As to these the claim for free entry under paragraph 1669 was sustained. Certain other drugs stipulated to be the same in all material respects as those the subject of *Oy Wo Tong Co.* v. *United States* (5 id. 70, C. D. 372), as amended by Abstract 44821, were held dutiable as drugs advanced at 10 percent under paragraph 34 as claimed.

**No. 47030.**—Protest 981017–G of Kaufmann Dept. Stores (Philadelphia).

Opinion by CLINE, J. It was stipulated that the merchandise consists of 11 artistic antique spoons produced as plain artistic antique spoons prior to the year 1830, and subsequently processed by stamping or tooling to show an outline of flowers in the bowls of the spoons, which stamping or tooling changed the pattern but not the character of the spoons. It was further stipulated that the spoons in question are the same in all material respects as certain items covered by the decision in *Grant Art Galleries* v. *United States* (2 Cust. Ct. 341, C. D. 157). In accordance therewith they were held entitled to free entry under paragraph 1811 and subject to no additional duties.

**No. 47031.**—Protest 764324–G of Mrs. Julia D'Wald Cordley (Philadelphia).

Opinion by CLINE, J. It was stipulated that the merchandise consists of four artistic antique tureens and covers produced prior to the year 1830. In accordance therewith the claim for free entry under paragraph 1811 was sustained. The protest was abandoned as to all other items.